HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation, as subrogee of The Board of Regents of the University of Washington; THE BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON, a state institution of higher education and an agency of the State of Washington,<br><br>    Plaintiffs,<br><br>v.<br><br>WORTHINGTON INDUSTRIES, INC., an Ohio corporation; XYLEM, INC. d/b/a ITT BELL & GOSSETT, an Indiana Corporation,<br><br>    Defendants. | Case No.: 2:22-cv-01154-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs Employers Insurance Company of Wausau and The Board of Regents of The University of Washington, and Defendants Worthington Industries, Inc. and Xylem, Inc., by and through their undersigned attorneys of record that this action be dismissed with prejudice, with each party bearing their own fees and costs. The basis for this stipulation is that the entire lawsuit has been fully, finally and forever resolved and settled satisfactorily by counsel on behalf of their respective clients.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

C:\Users\RCook\Desktop\Stipulation for dismissal (Final).docx

Stipulated to this 21st day of June, 2023.

| COZEN O'CONNOR | RAINIER LEGAL ADVOCATES, LLC |
|---|---|
| By: /s/ Bryan Campbell<br>    Bryan R. Campbell, WSBA# 36510<br>    Attorney for Plaintiffs | By: /s/ Richard Ergo per e-mail authority<br>    Richard A. Ergo, *Pro Hac Vice*<br>    BOLWES & VERNA LLP<br>    2121 N California Blvd., Ste. 875<br>    Walnut Creek, CA 94596<br>    Attorneys for Defendants |

## ORDER

THIS MATTER having come on before the undersigned Judge, pursuant to the foregoing Stipulation, and the Court being fully advised in the premises and agreeing that the foregoing Stipulation is supported by good cause; NOW, THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this lawsuit is hereby dismissed with prejudice and without costs to any party.

DATED:  June 21, 2023

_____
Hon. John H. Chun
United States District Judge

Presented by:
COZEN O'CONNOR

By: /s/ Bryan Campbell
    Bryan R. Campbell, WSBA# 36510
    Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE  - 2

COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

C:\Users\RCook\Desktop\Stipulation for dismissal (Final).docx

1  Approved as to Form and Notice of Presentation Waived:

2  RAINIER LEGAL ADVOCATES, LLC

3

4  By: */s/ Richard Ergo per e-mail authority*
      Richard A. Ergo, *Pro Hac Vice*
5        BOLWES & VERNA LLP
      2121 N California Blvd., Ste. 875
6        Walnut Creek, CA 94596

7  Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE  - 3

**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

C:\Users\RCook\Desktop\Stipulation for dismissal (Final).docx

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Matthew M. Kennedy, WSBA #36452<br>RAINIER LEGAL ADVOCATES, LLC<br>465 Rainier Blvd. N, Suite C<br>Issaquah, WA 98027<br>matthew@rainieradvocates.com | ☐ ABC LEGAL Messengers<br>☐ UPS Express Courier<br>☒ Court ECF E-Service<br>☐ Facsimile<br>☐ Email<br>☐ U.S. Mail |

Richard Ergo
Bowles and Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA  94596
rergo@bowlesverna.com
*Appearing Pro Hac Vice*

*Attorneys for Defendants Worthington Industries, Inc. and Xylem, Inc.*

DATED this 21st  day of June, 2023

COZEN O'CONNOR

By:   */s/ Renita Cook*
       Renita Cook, Legal Assistant
       999 Third Avenue
       Suite 1900
       Seattle, WA  98104
       Telephone: 206.340.1000
       Toll Free Phone: 800.423.1950
       Facsimile: 206.621.8783
       rcook@cozen.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE  - 4

**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

C:\Users\RCook\Desktop\Stipulation for dismissal (Final).docx